Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
David Garibaldi (SBN 313641)
dgaribaldi@peretzlaw.com
PERETZ & ASSOCIATES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: 415.732.3777
Fax: 415.732.3791

Attorneys for Plaintiff and Cross-Defendant ALPHA CAPITAL, LLC

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA CAPITAL, LLC, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>DMITRY KHANUKOV, an individual; DOES 1-10<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 3:23-CV-1265-JES-VET<br><br>**JOINT MOTION TO DISMISS** |

Plaintiff ALPHA CAPITAL LLC ("Alpha") and Defendant DMITRY KHANUKOV'S ("Khanukov") (collectively, "the Parties") hereby submit this Joint Motion to Dismiss this matter. Alpha and Khanukov have reached a settlement in this case in all respects, including all claims brought by Alpha in its Complaint and all competing claims brought by Khanukov in his Cross-Complaint, and have executed a written Settlement Agreement and Release pertaining thereto. As such, the Parties jointly request that this entire action and all causes of action alleged in the Complaint and Cross-Complaint be dismissed with prejudice, except that the Court retain jurisdiction to interpret and enforce the terms of the settlement.

| | | |
|---|---|---|
| 1 | Dated: March 20, 2024 | PERETZ & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Yosef Peretz |
| | | David Garibaldi |
| 5 | | Attorneys for Plaintiff and Cross-Defendant ALPHA CAPITAL LLC |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: March 20, 2024 | LAW OFFICES OF SVETLANA RISHINA |
| 10 | | |
| 11 | | By:   /s/ Svetlana Rishina_____ |
| | | Svetlana Rishina |
| 12 | | Attorneys for Defendant and Cross-Complainant DMITRY KHANUKOV |