UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA CAPITAL, LLC,<br><br>                             Plaintiff,<br>v.<br>DMITRY KHANUKOV; and DOES 1-10,<br>                            Defendants. | Case No.: 3:23-cv-1265-JES-VET<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 23]** |

Before the Court is Plaintiff's and Defendant Dmiitry Khanukov's joint motion to dismiss all claims brought by Plaintiff and all competing claims brought by Defendant in his cross-complaint. ECF No. 23. Good cause appearing, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** this entire action and all causes of action alleged in the complaint and cross-complaint.

**IT IS SO ORDERED.**

Dated: March 25, 2024

Honorable James E. Simmons Jr.
United States District Judge